UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0253--CV (JKS)
"CHRISTOPHER CARTY V USA"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/31/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice
                     MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $250.00 on 10/31/05 receipt # 00126909
          Trial by:
```

Parties of Record:                                     Counsel of Record:

PLF 1.1          CARTY, CHRISTOPHER                    Sean E. Brown
                                                      Angstman Law Office
                                                      POB 585
                                                      Bethel, AK 99559
                                                      907-343-2972

DEF 1.1          UNITED STATES OF AMERICA              No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0253--CV (JKS)
                              "CHRISTOPHER CARTY V USA"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/31/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $250.00 on 10/31/05 receipt # 00126909
          Trial by:


Document #   Filed      Docket text

    1 -  1   10/31/05   Complaint filed; Summons issued.
```