MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Christopher Carty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-253CV |
| vs. ) | No.  (JKS) |
| ) | |
| UNITED STATES OF AMERICA, ) | MOTION FOR |
| ) | WITHDRAWAL AND |
| Defendant. ) | SUBSTITUTION OF COUNSEL |
| _____ ) | |

Sean Brown, presently counsel of record for Plaintiff, hereby moves this court for an Order allowing him to withdraw as counsel for Plaintiff in the above-entitled case and for an Order allowing Myron Angstman of Angstman Law Office to be substituted as counsel in this matter. Angstman Law Office has been retained by Plaintiff and is ready to act as counsel for him.

DATED this 27 day of January, 2006, at Bethel, Alaska.

                                                   By:  s/Sean Brown
                                                 P.O. Box 1809
                                                 Bethel, Alaska 99559
                                                 Phone: (907) 543-4700
                                                 Fax: (907) 543-3777
                                                 E-mail: admin@powerbrown.com
                                                 ABA No. 0205012

DATED this 27 day of January, 2006, at Bethel, Alaska.

By: s/Myron Angstman
P.O. Box 585
Bethel, Alaska 99559
Phone: (907) 543-2972
Fax: (907) 543-3394
E-mail: angstmanadmin@alaska.com
ABA No. 7410057


CERTIFICATE OF SERVICE

I hereby certify that on the 27 day of January, 2006, a true and accurate copy of the foregoing document was mailed to:

Alberto Gonzales
U.S. Attorney General
10th & Constitution Avenue
Washington, D.C. 20530

Timothy Burgess
U.S. Attorney, District of Alaska
222 West 7th Ave., #9 Room 253
Anchorage, Alaska 99513-7567

and placed in the Bethel Court mail box of:

Angstman Law Office


By: s/Sarah Dronenburg