UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY,<br><br>          Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. A05-253CV (JKS)<br><br>PROPOSED ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

    IT IS HEREBY ORDERED that Sean Brown is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

    IT IS FURTHER ORDERED that Myron Angstman of Angstman Law Office, is substituted as counsel for Plaintiff.

DATED: _____           _____
                                                                                         MAGISTRATE/JUDGE