UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| CHRISTOPHER CARTY,          )<br>                             )<br>        Plaintiff,           )<br>                             )   Case A05-253CV (JKS)<br>    vs.                      )<br>                             )<br>UNITED STATES OF AMERICA,    )   ORDER ON<br>                             )   MOTION FOR WITHDRAWAL AND<br>        Defendant.           )   SUBSTITUTION OF COUNSEL<br>_____) | |

    IT IS HEREBY ORDERED that Sean Brown is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

    IT IS FURTHER ORDERED that Myron Angstman of Angstman Law Office, is substituted as counsel for Plaintiff.


DATED: January 27, 2006            /s/ James K. Singleton, Jr.
                                   JAMES K. SINGLETON, JR.
                                   UNITED STATES DISTRICT COURT JUDGE