MYRON ANGSTMAN
PO Box 585
Bethel, AK 99559
Phone: (907) 543-2972
Fax: (907) 563-3394

LAW OFFICES OF DOUGLAS JOHNSON
701 W. 8th Avenue, Suite 1100
Anchorage, AK 99501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant, | ) |
| | ) |
| | ) Case No. A05-253 CV |
| | ) |

### ENTRY OF APPEARANCE

Douglas G. Johnson, of Law Offices of Douglas G. Johnson, PC, hereby enters his appearance as co-counsel with Angstman Law Office, counsel for CHRISTOPHER CARTY in the above matter. All pleadings, discovery and other documents should be served on co-counsel at 701 West 8th Avenue, Suite 1100, Anchorage, AK 99501.

DATED this 24th day of March 2006 at Anchorage, Alaska.

LAW OFFICES OF DOUGLAS G. JOHNSON, PC

s/Douglas G. Johnson
Douglas G. Johnson, ABA #9511061
Attorneys for Plaintiff

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of the foregoing was mailed this 24th day of March, 2006 to the following:

Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559

s/Douglas G. Johnson
LAW OFFICE OF DOUGLAS G. JOHNSON, PC