MYRON ANGSTMAN
PO Box 585
Bethel, AK 99559
Phone: (907) 543-2972
Fax: (907) 563-3394

LAW OFFICES OF DOUGLAS JOHNSON
701 W. 8th Avenue, Suite 1100
Anchorage, AK 99501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY,           )<br>                              )<br>           Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>           Defendant.         )<br>_____) | Case No. A05-253 CV |

CERTIFICATE OF SERVICE

I, Rachel Davis, employed by the Law Office of Douglas Johnson, certify that a true and correct copy of the Complaint for Damages and Summons in this civil action were personally hand-delivered to the U.S. Attorney's Office for Alaska at 222 W. 7th Avenue, #9 Room 253 on February 28, 2006.

DATED this 24th day of March, 2006.

s/Rachel Davis
Rachel Davis, Paralegal

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of the foregoing was mailed this 24th day of March, 2006 to the following:

Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559


s/Douglas G. Johnson
LAW OFFICE OF DOUGLAS G. JOHNSON, PC