DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY, | ) Case No. 3:05-cv-253-JKS |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO DISMISS** |
|  | ) **WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

The parties, through counsel, file this stipulation to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii).  Each party shall bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED on May 22, 2006.

Angstman Law Office

DATED: May 22, 06

_____
Myron Angstman
Attorney for Plaintiff
P O Box 585
Bethel, AK 99559
Phone: (907)543-2972
Fax:  (907)543-3394
AK #7410057

DEBORAH M. SMITH
Acting United States Attorney

DATED: May 22, 06

_____
Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

Carty v. US
3:05-cv-253-JKS