IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER CARTY, | ) Case No. 3:05-cv-253-JKS |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) **ORDER OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Defendant. | ) |

Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.


__May 23, 2006_____                    _____/s/James K. Singleton_____
       (DATE)                           JAMES K. SINGLETON
                                        United States District Court Judge